IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC L. GONZALEZ,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**KORANDA, et al.,**<br><br>                              Defendant. | Case No. 2:22-CV-01345-KJM-KJN<br><br>**ORDER** |

   Good cause appearing, Defendant's Motion for an extension of time to file a pre-trial motion (ECF No. 22) is GRANTED.  The deadline to file a pre-trial motion shall now be January 8, 2024.

   Dated:  January 4, 2024

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gonz1345.eot