IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC L. GONZALEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**KORANDA, et al.,**<br><br>Defendant. | Case No. 2:22-CV-01345-KJM-KJN<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS** |

    On January 5, 2024, Defendant Koranda submitted a Request to Seal Documents in Support of Defendant's Motion for Summary Judgment to protect the confidentiality of psychological testing instruments, in accordance with Title 16 of the California Code of Regulations and the American Psychological Association ethical rules.

    Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's request to seal (ECF No. 25) is granted;

////

////

////

////

////

1

2. The Clerk of Court shall file under seal Exhibit A (labeled as Exhibit 1 in the request to seal) of the Declaration of Emily Wisniewski in support of Defendant's Motion for Summary Judgment.

Dated: January 8, 2024

*[signature: Kendall J. Newman]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gonz1345.ord