UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC L. GONZALES,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT KORANDA, et al.,<br><br>    Defendants. | No.  2:22-cv-1345 KJM CSK P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 19, 2024, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, ECF No. 38, are adopted in full;

2. Plaintiff's motion to amend, ECF No. 33, is denied;

3. Defendant Koranda's summary judgment motion, ECF No. 26, is granted and judgment shall be entered for defendant Koranda; and

4. The Clerk of the Court is directed to close this case.

DATED: October 4, 2024.

UNITED STATES DISTRICT JUDGE